IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS D. ARTHUR, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION 07-0342-WS-C |
| RICHARD ALLEN, etc., et al., | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the Court's order granting the defendants' motion to dismiss, it is hereby ordered, adjudged and decreed that the plaintiff's complaint against the defendants is **dismissed with prejudice**. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of defendants Richard Allen and Grant Culliver and against plaintiff Thomas D. Arthur.

DONE this 10th day of August, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE